

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-4055
Re: Extramural Departments of
A. & M. College, within the
provisions of Subsection 11,
House Bill 272, Forty-seventh
Legislature, Regular Session.

We have your letter of September 25th, enclosing a letter written by Mr. W. M. Holzmann, Comptroller of the Agricultural and Mechanical College of Texas, and asking us to advise you as to what divisions of A. & M. College should come under the provisions of Subsection 11, House Bill 272, Forty-seventh Legislature, Regular Session.

Subsection 11 of the Bill referred to provides:

"The general provisions made in this Act shall not apply to athletic or extramural departments, and as to these exceptions the governing board shall make such necessary rules and adjustments as may be deemed advisable."

Since, in House Bill 272, the Legislature has expressly classified certain divisions of the main college as "extramural" - to-wit: Engineering Research, Extension Teaching, Branch Colleges Office, and Farmers' Short Course - we are left only to determine what, if any, additional departments may be "extramural."

Webster's New International Dictionary, Second Edition, defines "extramural" as meaning: "Outside the walls; conducted or coming from outside the precincts of a given institution: said of educational facilities, etc."

By way of contrast, it is to be observed that this same authority defines "intramural" as follows: "Within the walls, as of a city or college; hence of collegiate activities, confined to the membership of the college."

We are of opinion that "extramural" departments of A. & M. College are those whose activities are not concerned with the students at the college - those departments which are conducted for the benefit of the public generally or for the benefit of others than the membership of the college. Into

this category, in addition to the departments listed above, fall the following departments:

Texas Agricultural Experiment Station, Extension Service, Texas Forest Service, Rodent Control Service, Firemen's Training School and Feed Control Service.

Supporting our conclusion in this respect is the fact that each of these departments is of the same general character as those expressly recognized by the Legislature to be "extramural," as well as the further fact that according to the letter accompanying your request, the college itself for seven years has classified these departments as "extramural" in its annual financial reports.

Yours very truly

APPROVED OCT. 9, 1941

/s/ Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

RF:ej

APPROVED OPINION COMMITTEE BY B.W.B. CHAIRMAN

ATTORNEY GENERAL OF TEXAS

By

/s/ Richard Fairchild
Assistant